IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                   No. CIV S-02-0456 MCE KJM P

    vs.

C. PLILER, et al.,

    Defendants.               <u>ORDER</u>

_____/

    On April 25, 2005, defendants filed a request for an extension of time to file a motion for summary judgment.

    Good cause appearing, defendants' request is granted; defendants and plaintiff are given an additional ten court days, up to and including May 9, 2005, in which to file motions for summary judgment.

DATED: April 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

hall0456.msjextend

1