IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,　　　　　　　　No. CIV S-02-0456 MCE KJM P

  vs.

C. PLILER, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 20 and 25, 2005, plaintiff filed documents complaining about harassment and reduced access to the law library, which he characterizes as an impediment to his opposing defendants' motion for summary judgment.

        The court will construe these documents as requests for additional time in which to oppose the motion for summary judgment.

/////

////

/////

/////

/////

1

1   Accordingly, IT IS ORDERED that plaintiff is given additional thirty days from
2   the date of this order to file his opposition to defendants' May 9, 2005 motion for summary
3   judgment
4   DATED: June 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

hall0456.eot