IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                    No. CIV S-02-0456 MCE KJM P

    vs.

C. PLILER, et al.,

    Defendants.               ORDER

_____/

        In light of defendants' pending motion for summary judgment, the dates for the parties' pretrial statements, pretrial conference, and trial established in the scheduling order of October 5, 2004 are hereby vacated. These dates will be reset, if necessary, following resolution of the May 9, 2005 motion for summary judgment.

DATED: July 28, 2005.

                                                      UNITED STATES MAGISTRATE JUDGE

2
hall0456.vs

1