IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,                  No. 2:02-cv-0456-MCE-KJM-P

       Plaintiff,

  v.                                  ORDER

C. PLILER, et al.,

       Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 1, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within fifteen (15) days.

1

1  Neither party has filed Objections to the Findings and
2  Recommendations.
3       The Court has reviewed the file and finds the Findings and
4  Recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7       1.  The Findings and Recommendations filed March 1, 2006,
8  are adopted in full;
9       2.  The Motion for Summary Judgment brought by Defendants
10 Gaerlan, Van Cor, Chastain, Martell, Mandeville, Mini and Andrade
11 is deemed a Motion to Dismiss under Fed. R. Civ. P. 12(b) and is
12 granted; and
13      3.  The Motion for Summary Judgment brought by Defendants
14 Mathews and Leiber is granted.
15 DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE